# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE HILL,<br><br>　　　　Plaintiff,<br><br>　　v<br><br>CITY OF LEMOORE, et al.,<br><br>　　　　Defendants. | Case No. 1:17-cv-01395-EPG<br><br>ORDER FOLLOWING SETTLEMENT; VACATING DATES AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS ON OR BEFORE JUNE 22, 2018 |

This action was filed on October 16, 2017. On April 24, 2018, this Court conducted a settlement conference. During the settlement conference, the parties reached a settlement agreement.

Based upon the settlement of this action, it is HEREBY ORDERED that:

1.　All pending matters and dates in this action are VACATED; and

2.　Dispositional documents shall be filed on or before June 22, 2018.

IT IS SO ORDERED.

Dated:　**April 24, 2018**　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1