# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE HILL, individually and as successor in interest to DONALD JOSEPH HILL,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LEMOORE, a municipality; JANAE REYES, an individual; KODY ROGERS, an individual; MARK PESCATORE, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 1:17-cv-01395-EPG<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE CASE**<br><br>(ECF No. 22) |

On June 21, 2018, the parties filed a stipulation to dismiss this action with prejudice. (ECF No. 22). All parties have agreed to the dismissal. *Id.* In light of the stipulation, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997); *Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995) ("Even if the defendant has filed a motion to dismiss, the plaintiff may terminate his action voluntarily by filing a notice of dismissal under Rule 41(a)(1)."). Accordingly, the Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated: **June 21, 2018**          /s/ Erica P. Grosjean
                                  UNITED STATES MAGISTRATE JUDGE

1